NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INFINEUM INTERNATIONAL LIMITED,**
*Appellant*

**v.**

**AFTON CHEMICAL CORPORATION,**
*Appellee*

---

2019-1322

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01321.

---

## JUDGMENT

---

ELIZABETH GARDNER, Robins Kaplan LLP, New York, NY, argued for appellant. Also represented by BRENDA L. JOLY, Minneapolis, MN.

MATIAS FERRARIO, Kilpatrick Townsend & Stockton LLP, Winston-Salem, NC, argued for appellee. Also represented by KEITH FREDLAKE, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>January 9, 2020</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court